No. 2108, Misc. SCHMIDT *v.* OSWALD, CHAIRMAN, PAROLE BOARD OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 2110, Misc. HAYES *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 375, Misc. MATTHEWS ET AL. *v.* UNITED STATES; and

No. 531, Misc. COOK *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to amend petition in No. 375, Misc., granted. Application for bail and other relief in No. 531, Misc., presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. Petitions for writs of certiorari denied. MR. JUSTICE HARLAN would grant the petitions for certiorari, vacate the judgment of the Court of Appeals, and remand the cases to that court for further consideration in light of *Leary* v. *United States,* 395 U. S. 6 (1969). See *Street* v. *New York,* 394 U. S. 576, 586 (1969); *Stromberg* v. *California,* 283 U. S. 359 (1931); and *Desist* v. *United States,* 394 U. S. 244, 256 (1969) (dissenting opinion of HARLAN, J.). Reported below: 407 F. 2d 1371.

No. 2055, Misc. CLEMAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 2059, Misc. PATCH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari and other relief denied.

No. 513. IN RE SPENCER, 397 U. S. 817; and

No. 1010, Misc. THOMPSON *v.* NEW JERSEY, 397 U. S. 1012. Petitions for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.